**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Suite 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff.
ROXANNE KNAUDT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| **ROXANNE KNAUDT,** | **Case No.: 2:16-CV-00221-TJH-JPR** |
| **Plaintiff(s),** | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **vs.** | |
| **UNION ADJUSTMENT CO., INC.; and DOES 1-10, inclusive,** | |
| **Defendant(s).** | |

NOW COMES Plaintiff, ROXANNE KNAUDT, and Defendant, UNION ADJUSTMENT CO; by and through the undersigned counsel, and hereby jointly stipulate for a dismissal of the instant matter in its entirety, with prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*, with each party to bear its own attorneys' fees and costs incurred.

///

///

- 1 -

RESPECTFULLY SUBMITTED,

Dated: July 26, 2016 **MARTIN & BONTRAGER, APC**

By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*
*Roxanne Knaudt*

Dated: July 26, 2016 **DIX LAW APLC**

By: s/ Lloyd Douglas Dix

Lloyd Douglas Dix
*Attorney for Defendant Union Adjustment*
*Co., Inc.*

STIPULATION OF DISMISSAL