# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROXANNE KNAUDT,, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>UNION ADJUSTMENT CO., INC.; and DOES 1-10, inclusive,, <br><br>　　　　Defendant. | Case No. **2:16-CV-00221-TJH-JPR** <br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br>**[JS-6]** <br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] <br><br><br>Judge:  Terry J. Hatter, Jr <br><br>Action Filed:  January 12, 2016 |

ORDER GRANTING DISMISSAL

The Stipulation of Dismissal of Plaintiff's individual claims with Prejudice pursuant to Rule. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:_JULY 29, 2016

By:_____

Terry J. Hatter, Jr
United States District Judge